**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:15-cv-23757 Cooke/Torres

APOLLO ENDOSURGERY , INC.,

       Plaintiff

v.

PETER KAFKA,

       Defendants
_____

**JOINT MOTION SEEKING THE COURT'S CONTINUING**
**JURISDICTION OVER THE SETTLEMENT AGREEMENT**

Plaintiff Apollo Endosurgery, Inc. and Defendant Peter Kafka (collectively, the "Parties") jointly request that this Court enter an Order retaining jurisdiction over their Settlement Agreement and in support state:

1.     The Parties entered into a settlement agreement on April 22, 2016 (the "Settlement Agreement").

2.     On April 25, 2016, the Parties filed a Joint Motion to Stay Proceedings and Notice of Settlement [ECF 124].

3.     On April 28, 2016, this Court entered an Order Administratively Closing Case upon Notice of Settlement [ECF 126] (the "April 28, 2016 Order") and directed the Parties to file a stipulation of final dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or a motion for final dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) [ECF 126].

4.     The Parties wish to avail themselves of the Court's continuing jurisdiction over the terms of the Settlement Agreement and respectfully request that this Court enter an Order retaining jurisdiction to enforce the terms of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

WHEREFORE Plaintiff Apollo Endosurgery, Inc. and Defendant Peter Kafka respectfully request that this Court enter the proposed Order attached as Exhibit A.

Respectfully submitted,

By: s/Bob L. Rouder
Oliver Benton Curtis III, Esq.
Florida Bar No. 118156
bcurtis@broadandcassel.com
Sara M. Klco, Esq.
Florida Bar No. 060358
sklco@broadandcassel.com
**BROAD AND CASSEL**
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone: 305.373.9400
Facsimile:  305.373.9443
*Counsel for Plaintiffs*


DATED: June 24, 2016


By: s/Richard L. Petrovich
Paul O. Lopez, Esq.
pol@TrippScott.com
Ryan H. Lehrer, Esq.
rhl@trippscott.com
Richard L. Petrovich, Esq.
rlp@trippscott.com
sxc@trippscott.com
**TRIPP SCOTT, P.A.**
110 SE Sixth Street, Suite 1500
Fort Lauderdale, FL 33301
*Counsel for Defendant Peter Kafka*


DATED: June 24, 2016

Marc B. Collier, Esq.
Texas Bar No. 00792418
Marc.collier@nortonrosefulbright.com
R. Jeffrey Lane, Esq.
(PHV application to be submitted)
Texas Bar No. 00791083
Jeff.layne@nortonrosefulbright.com
Robert L. Rouder, Esq.
Texas Bar No. 24037400
robert.rouder@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard
Suite 1100
Austin, Texas 78701
Telephone: 512.474.5201
Facsimile: 512.536.4598