UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-23757 Cooke/Torres

APOLLO ENDOSURGERY , INC.,

      Plaintiff

v.

PETER KAFKA AND GREG GRIMM,

      Defendants

## ORDER GRANTING THE PARTIES' JOINT MOTION SEEKING THE COURT'S CONTINUING JURISDICTION OVER THE SETTLEMENT AGREEMENT

THIS MATTER is before me upon the Parties' Joint Motion Seeking the Court's Continuing Jurisdiction over the Settlement Agreement [ECF 128]. Having reviewed the Motion, the record, and the relevant legal authorities, it is **ORDERED and ADJUDGED**:

This Court, pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994) and *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), retains jurisdiction to enforce the terms of the Settlement Agreement, which is incorporated by reference in the Parties' Notice of Settlement [ECF 124].

**DONE and ORDERED** in Chambers at Miami, Florida, this _____ day of _____ 2016.

                                                _____
                                                MARCIA G. COOKE
                                                United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*

**EXHIBIT "A"**